IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21cr417-MHT-SMD |
| | ) | [18 U.S.C. § 1001(a)(2)] |
| XIAOMING ZHANG | ) | |
| | ) | |
| | ) | |
| | ) | INFORMATION |

The Acting United States Attorney charges:

COUNT 1
(False Statement to a Federal Agency)

On or about August 7, 2017, in Montgomery County, within the Middle District of Alabama, the defendant,

XIAOMING ZHANG,

did knowingly and willfully make a materially false, fictitious, or fraudulent statement or representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Office of Personnel Management and the Department of Defense, in violation of Title 18, United States Code, Section 1001(a)(2).

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

Brett J. Talley
Assistant United States Attorney