IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No: 2:21cr417-MHT |
| | ) | |
| XIAOMING ZHANG | ) | |

### RULE 5(f) ORDER

Pursuant to the Due Process Protections Act, the Court confirms the Government's obligation to disclose to Defendant all exculpatory evidence—that is, evidence that favors Defendant or casts doubt on the Government's case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the Government to do so. The Government has a duty to disclose any evidence that goes to negating Defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. Defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

DONE this 25th day of October, 2021.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE