IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:21cr417-MHT
                            )           (WO)
XIAOMING ZHANG              )
```

ORDER

This cause is before the court on defendant Xiaoming Zhang's motion to transfer supervision or to terminate supervision upon his payment of the fine and fee (Doc. 24). In its response, the government states that, "to the extent the motion can be construed as a Rule 59 motion to alter or amend the judgment to a term of probation terminating upon the payment of the fine levied by the Court, the government does not oppose." Govt's Response (Doc. 30) at 1. The probation department has orally informed the court that it agrees with the government. The court will construe the motion to transfer supervision or to terminate supervision as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). As the

court's records show that Zhang has paid his fine and fee in full, and as the court agrees with the parties that supervision is no longer necessary, the court will grant the motion.

***

Accordingly, it is ORDERED that:

(1) Defendant Xiaoming Zhang's motion to transfer supervision or to terminate supervision upon his payment of the fine and fee (Doc. 24) is treated as a motion to alter or amend the judgment, and said motion is granted.

(2) The judgment (Doc. 27) is amended to the extent that the term of probation is terminated as of today.

(3) Defendant Zhang is discharged.

DONE, this the 22nd day of March, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE